FILED
John E. Triplett, Clerk of Court
United States District Court
*By jamesburrell at 4:04 pm, Feb 04, 2025*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. 4:25cr-018 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Ammunition by a |
| CHARLES HARMON PORTER | ) Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 30, 2023, in Chatham County, within the Southern District of Georgia, the Defendant,

**CHARLES HARMON PORTER,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, one round of Remington Arms .38 Special ammunition, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## SENTENCING ALLEGATION
### 18 U.S.C. § 924(e)(1)

The Grand Jury further charges that before the Defendant,

**CHARLES HARMON PORTER,**

committed the offense charged in Count One of this Indictment, he had at least three previous convictions for offenses committed on occasions different from one another, to wit:

1. Terroristic Threats and Obstruction of an Officer, Indictment Number SU14-CR-100W, in the Superior Court of Effingham County, Georgia;

2. Obstruction of an Officer, Indictment Number 1E96CR035W, in the Superior Court of Effingham County, Georgia; and,

3. Obstruction of an Officer, Indictment Number 1E96CR034W, in the Superior Court of Effingham County, Georgia.

All in violation of Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the Defendant, **CHARLES HARMON PORTER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, one round of Remington Arms .38 Special ammunition.

If any of the property described above, as a result of any act or commission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____  _____
Tara M. Lyons            Timothy P. Dean
Acting United States Attorney   Assistant United States Attorney
                         *Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

4